# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

|  |  |
|---|---|
| Debtor: | ROSS TAYLOR & PENELOPE SUE SWICK |
| Case Number: | 2:12-bk-09443-GBN    Chapter: 7 |
| Date / Time / Room: | TUESDAY, APRIL 30, 2013 09:30 AM   7TH FLOOR #702 |
| Bankruptcy Judge: | GEORGE B. NIELSEN |
| Courtroom Clerk: | LUANN BELLER |
| Reporter / ECR: | JO-ANN STAWARSKI |

### Matter:

ADV: 2-13-00133

**DAVID A. BIRDSELL vs ROSS TAYLOR SWICK & PENELOPE SUE SWICK**

STATUS HEARING ON COMPLAINT RE: OBJECTION/REVOCATION OF DISCHARGE

R / M #:   7 / 0

### Appearances:

JACOB SPARKS, ATTORNEY FOR DAVID A. BIRDSELL

### Proceedings:

Mr. Sparks reviewed this matter and made a suggestion how to proceed.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO JULY 9, 2013 AT 9:30 A.M.

SUBSEQUENTLY, Mr. Tafoya appeared and was informed of the continued hearing date and time.