# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ROSS TAYLOR & PENELOPE SUE SWICK |
| **Case Number:** | 2:12-bk-09443-GBN   **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, JULY 09, 2013 09:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

### Matter:

ADV: 2-13-00133

**DAVID A. BIRDSELL vs ROSS TAYLOR SWICK & PENELOPE SUE SWICK**

CONTINUED STATUS HEARING ON COMPLAINT RE: OBJECTION/REVOCATION OF DISCHARGE (FR. 4/30)

**R / M #:** 7 / 0

### Appearances:

JACOB SPARKS, ATTORNEY FOR DAVID A. BIRDSELL

### Proceedings:

Mr. Sparks indicated that a motion to continue has been filed by the defendant due to medical reasons. He asked that this hearing be continued for 60 days and order the parties to create a litigation schedule.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO SEPTEMBER 10, 2013 AT 9:30 A.M. THE PARTIES SHOULD NEGOTIATE OR BE READY TO STIPULATE TO SCHEDULING AT THE NEXT HEARING.